211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: 15−43599−mbm
Chapter: 11

In Re: (NAME OF DEBTOR(S))
   Emerald Entertainment Group, Inc.
   2023 Hazel St.
   Birmingham, MI 48009

Social Security No.:

Employer's Tax I.D. No.:
   46−1308903

**NOTICE OF MISSING DOCUMENTS**

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be submitted on the most current official form as mandated by the Judicial Conference of the United States within **14** days from the date the bankruptcy petition was filed:

| | |
|---|---|
| ☐ Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer (Form 19) | |
| ☑ Attorney Disclosure of Compensation Statement | ☐ Schedules A–J |
| ☐ Certificate of Budget and Credit Counseling | ☑ Schedule A |
| ☑ Balance Sheet | ☑ Schedule B |
| ☐ Application to Pay the Filing Fee in Installments | Schedule C: |
| ☐ Statistical Summary of Certain Liabilities | ☐ Debtor |
| ☑ Statement of Financial Affairs | ☐ Joint Debtor |
| ☑ Cash Flow Statement (Small Business Only) | ☑ Schedule D |
| ☐ Tax ID | ☑ Schedule E |
| ☐ Chapter 11 Statement of Your Current Monthly Income Form 22B | ☑ Schedule F |
| ☑ Income Tax Return (Small Business Only) | ☑ Schedule G |
| ☐ Equity Security Holders List | ☑ Schedule H |
| ☑ Statement of Operation (Small Business Only) | ☐ Schedule I |
| ☐ Declaration Under Penalty of Perjury for Debtor(s) Without an Attorney | ☐ Schedule J |
| ☐ Declaration Concerning Debtor's Schedules | |
| ☑ Summary of Schedules | |
| ☑ Statement Regarding Authority to Sign and File Petition (Business Only) | |

The missing document(s) must be filed on or before **3/24/15** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 3/11/15

>BY THE COURT
>
>Katherine B. Gullo , Clerk of Court
>U.S. Bankruptcy Court